# *** AMENDED *** IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CHAPTER 13 EXTENSION SHEET

**CASE NAME:** Paul Novak          **CASE NUMBER:** 23-21665 JAD

Pursuant to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules, the following are due **AUGUST 21, 2023**, unless an order of court is granted extending time.

- [x] **SCHEDULES** (Official Form 106)

    - [x] **SUMMARY OF YOUR ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION** (Official Form 106Sum)

    | | | |
    |---|---|---|
    | [x] SCHEDULES A - J | [ ] SCHEDULE D | [ ] SCHEDULE H |
    | [ ] SCHEDULE A/B | [ ] SCHEDULE E/F | [ ] SCHEDULE I (Individual) |
    | [ ] SCHEDULE C (Individual) | [ ] SCHEDULE G | [ ] SCHEDULE J (Individual) |
    | | | [x] DECLARATION |

- [x] **STATEMENT OF FINANCIAL AFFAIRS** (Official Form B107; B207)

- [ ] **STATEMENT OF ATTORNEY**

- [ ] *Either* **SOCIAL SECURITY** *(last four digits only)*
  *Or* **TAX I.D. NUMBER** (if more than one, must include all)

- [ ] **DECLARATION RE: ELECTRONIC FILING** (Local Form No.1)

- [x] **STATEMENT OF CURRENT MONTHLY INCOME AND DISPOSABLE INCOME CALCULATION** (Official Form B 122C-1; B 122C-2)

- [x] **CHAPTER 13 PLAN – LOCAL FORM 10**

- [x] **COPIES OF ALL PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT RECEIVED WITHIN 60 DAYS BEFORE THE FILING OF THE PETITION, BY THE DEBTOR FROM ANY EMPLOYER OF THE DEBTOR** (Debtor should delete personal data identifiers in accordance with *Rule 9037 of the Federal Rules of Bankruptcy Procedure*. The first five numbers of a Social Security number should be redacted. Personal identifying numbers such as employee identification numbers should also be redacted.)
  *Or* **A STATEMENT THAT THERE ARE NONE**

- [ ] **OFFICIAL FORM 101 (PART 5) (ATTACH A CERTIFICATE FROM THE CREDIT COUNSELING AGENCY DESCRIBING THE PREPETITION SERVICES PROVIDED AND ANY DEBT REPAYMENT PLAN DEVELOPED WITH THE AGENCY** *Or* **A CERTIFICATE OF EXIGENT CIRCUMSTANCES, IF APPLICABLE)**

- [ ] **OTHER:**

        **MICHAEL R. RHODES**
        **Clerk, U. S. Bankruptcy Court**

**I hereby certify that on 8/7/2023, I caused a copy of this notice to be served upon the debtor or debtor's representative.**

        **BY:**     Lylenn Fox
        **Deputy Clerk**

**RECEIPT ACKNOWLEDGED:**

**DATED:** 8/7/2023

*(SEE ATTACHED FOR NOTICE REGARDING DEFICIENT FILING)*

        **#89h-I**
        **Rev. 12/1/2015**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## NOTICE REGARDING DEFICIENT FILING

In accordance with the Amended General Order Governing Dismissal of Cases and Imposition of Sanctions for Incomplete Filings, the United States Trustee is deemed to have filed a Motion To Dismiss the bankruptcy case based upon deficiencies in the documents required to be filed by the debtor pursuant to the Bankruptcy Code, Bankruptcy Rules, or Local Bankruptcy Rules. This motion will be granted and the case dismissed if the specified deficiencies on the attached are not corrected within 14 days, or within such further time as the court may allow by order. The debtor may file a Request for a Hearing on the Motion To Dismiss. However, a request for a hearing does not stay the due date for correcting any deficiencies.

The documents checked on the attachment of this notice must be filed by the due date indicated, unless a Motion To Extend the Completion Date is filed.

Michael R. Rhodes
Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

#68h-I