IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-21665-JAD |
| | ) | |
| PAUL NOVAK, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Related to ECF No. 11 |
| | ) | |

### ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

The Debtor commenced the above-captioned case on August 7, 2023. Contemporaneous with the filing of his bankruptcy petition, the Debtor filed an *Application for Individuals to Pay the Filing Fee in Installments* (the "Installment Fee Application," ECF No. 8) and tendered the first of his proposed installment payments in the amount of one-hundred dollars ($100). See Text Entry, ECF No. 12.

This Court granted the Installment Fee Application by Order dated August 7, 2023 (the "Installment Fee Order," ECF No. 11). By the terms of the Installment Fee Order, additional payments were due from the Debtor on September 1, 2023 in the amount of one-hundred dollars ($100), and on October 2, 2023 in the amount of one-hundred and thirteen dollars ($113).

The Installment Fee Order also cautioned that:

> Unless otherwise excused by prior Court Order, **failure to timely make any one of the above referenced installment payments shall result in the Court immediately dismissing the case without further notice or hearing**. See W.Pa.LBR 1006-1.

Installment Fee Order at ¶ 2 (emphasis and underline in the original).

As of the date of this Order, the Debtor has failed to tender the second and third installment payments as directed by the Installment Fee Order and the Court finds that dismissal is warranted.

WHEREFORE, in light of the foregoing, it is **HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned case is DISMISSED without prejudice.

Dated: October 11, 2023

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

<u>Case Administrator to Mail to</u>:

Debtor
Ronda J. Winnecour, Chapter 13 Trustee
Office of the United States Trustee

FILED
10/11/23 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21665-JAD |
| Paul Novak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul Novak, 4607 Library Rd, P.O. Box 220-66, Bethel Park, PA 15102-6902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Borough of Whitehall jhunt@grblaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Oct 11, 2023     Form ID: pdf900     Total Noticed: 1
TOTAL: 5