**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAUL NOVAK<br><br>  Debtor(s)<br><br>Ronda J. Winnecour<br>       Movant<br>    vs.<br>No Respondents. | Case No.:23-21665 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1. The case was filed on 08/07/2023 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 238.00 |
| Less Refunds to Debtor | 23.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 214.50 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 1.50 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|　SELECT PORTFOLIO SERVICING INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 1909 | | | | |
| 　WHITEHALL BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: S186 | | | | |
| 　WHITEHALL BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: S186 | | | | |
| 　WHITEHALL BOROUGH (SWG) | 8,971.52 | 0.00 | 0.00 | 0.00 |
| 　　Acct: S186 | | | | |
| 　WHITEHALL BOROUGH (SWG) | 3,212.05 | 0.00 | 0.00 | 0.00 |
| 　　Acct: S186 | | | | |
| 　WHITEHALL BOROUGH (STORMWATER) | 915.20 | 0.00 | 0.00 | 0.00 |
| 　　Acct: S186 | | | | |
| 　WHITEHALL BOROUGH (STORMWATER) | 1,270.82 | 0.00 | 0.00 | 0.00 |
| 　　Acct: S186 | | | | |
| | * * * N O N E * * * | | | |
| Priority | | | | |
| 　PAUL NOVAK | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| 23-21665 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PAUL NOVAK | 23.50 | 23.50 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 213.00 | 213.00 | 0.00 | 213.00 |
| Acct: XXXXXXXX-JAD | | | | |
| | | | | 213.00 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PINK DOGWOOD 13 LLC | 5,510.17 | 0.00 | 0.00 | 0.00 |
| Acct: 8004 | | | | |
| PYOD LLC | 325.07 | 0.00 | 0.00 | 0.00 |
| Acct: 8064 | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 344.47 | 0.00 | 0.00 | 0.00 |
| Acct: 1420 | | | | |
| LVNV FUNDING LLC | 196.66 | 0.00 | 0.00 | 0.00 |
| Acct: 8323 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 8,498.96 | 0.00 | 0.00 | 0.00 |
| Acct: 5635 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 213.00 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 213.00 | |
| SECURED | 14,369.59 | |
| UNSECURED | 14.875.33 | |

Date: 12/05/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com